**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27548/9000535868

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-27817-GBN |
| Sandra Lorena Dominguez<br>Debtor. | Chapter 7 |
| Everhome Mortgage Company<br>Movant,<br>vs.<br>Sandra Lorena Dominguez, Debtor, Robert A. MacKenzie, Trustee.<br>Respondents. | ORDER<br><br>(Related to Docket #5) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 27, 2005 and recorded in the office of the Maricopa County Recorder wherein Everhome Mortgage Company is the current beneficiary and Sandra Lorena Dominguez has an interest in, further described as:

> UNIT 7, OF ASTRAGAL CONDOMINIUMS, ACCORDING TO DECLARATION OF CONDOMINIUM RECORDED IN DOCUMENT NO. 2000-0597825, FIRST AMENDMENT RECORDED AS 2000-0629839; SECOND AMENDMENT RECORDED AS 2002-0845057; RE-RECORDED AS 2002-0924910; THIRD AMENDMENT RECORDED AS 2002-0888110 AND FOURTH AMENDMENT RECORDED AS 2003-0488598, ALL OF OFFICIAL RECORDS AND ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 539 OF MAPS, PAGE 3.

> EXCEPT ALL COAL, OIL, GAS AND OTHER MINERAL DEPOSITS AS RESERVED UNTO THE UNITED STATES OF AMERICA, BY PATENT RECORDED IN DOCKET 3303, PAGE 113; AND

> EXCEPT ALSO UNTO THE UNITED STATES OF AMERICA THROUGH ITS AUTHORIZED AGENTS OR REPRESENTATIVES AT ANYTIME TO ENTER UPON THE LAND AND PROSPECT FOR, MINE AND REMOVE ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE, AS RESERVED BY PATENT RECORDED IN DOCKET 3303, PAGE 113, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT